UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
CLERK, U.S. DISTRICT COURT
JULY 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

**8:22ml03052-JVS-KESx**

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Mayor and City Council of Baltimore v. Hyndai )
  Motor America, Inc., et al., )
  D. Maryland, C.A. No. 1:23-01238 )          MDL No. 3052
                  **8:23-CV-01126-JVS-KESx**

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Mayor*) on May 17, 2023. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Mayor* filed a notice of opposition to the proposed transfer. Defendants subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-10" filed on May 17, 2023, is LIFTED. This action is transferred to the Central District Court of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James V. Selna.

FOR THE PANEL:

*Tiffaney D. Pete*
Tiffaney D. Pete
Clerk of the Panel

JUL 14 2023

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK